IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WALTER S. WILSON, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION 05-00566-BH-B |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of** | ) |
| **Social Security,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 15, 2007, is **ADOPTED** as the opinion of this Court. The decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits and supplemental security income, is hereby **REVERSED** and **REMANDED.**

**DONE** this 5th day of April, 2007.

                                        s/ W. B. Hand
                                   SENIOR DISTRICT JUDGE