IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WALTER S. WILSON, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 05-00566-BH-B |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of** | ) |
| **Social Security,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 29, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 3rd day of January, 2008.

s/ W. B. Hand<br>
SENIOR DISTRICT JUDGE